1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7071
7      FAX: (415) 436-7071
       robin.wall@usdoj.gov
8
   Attorneys for Federal Defendant
9  Mendocino Coast Clinics

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 MARY DOE,                                  )   CASE NO.
                                              )
14           Plaintiff,              )   **NOTICE OF REMOVAL OF CIVIL ACTION**
                                              )
15   v.                                      )
                                              )
16 MARK DOUGLAS KLINE, M.D.;                  )
   MENDOCINO COAST CLINICS ; and              )
17 DOES 1 THROUGH 20, INCLUSIVE               )
                                              )
18           Defendants.             )

19 ─────────────────────────────────

20     TO: Clerk, Superior Court of California
           County of Sonoma, Hall of Justice
21         600 Administration Drive
           Santa Rosa, CA 95403-2818
22
           Joseph C. George, Esq.
23         Law Offices of Joseph C. George, Ph.D.
           601 University Avenue, Suite 200
24         Sacramento, CA 95824

25
           Ivan Weinberg, Esq.
26         Weinberg, Hoffman, LLP.
           700 Larkspur Landing Circle, Suite 252,
27         Larkspur, CA 94939

28
   <u>NOTICE OF REMOVAL</u>
   <u>Mary Doe v. Mark Douglas Kline, M.D., et. al.</u>

PLEASE TAKE NOTICE that on this day, Case Number SCV254115 pending in Sonoma County Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1441(a) and 1441(c), 28 U.S.C. §1442(a)(1), and 28 U.S.C. § 2679(d)(2) on behalf of federal defendant, Mendocino Coast Clinics ("Defendant").  Pursuant to 28 U.S.C. §1446, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1.  On or about August 9, 2013, Mary Doe, ("Plaintiff") filed a complaint in the Superior Court of the State of California, County of Sonoma, against defendants for unspecified damages.

2.  Plaintiff alleges that commencing on or about 2011, Mark Kline, M.D., a former employee of the Health Center, mismanaged the transference relationship between them and engaged in a relationship of a sexual nature during the course of her psychiatric appointments with him at the Health Center.   The plaintiff further alleges that the federal Defendant negligently hired and failed to appropriately supervise Dr. Kline.

3.  On or about October 30, 2014, the United States Attorney's Office received a copy of the Complaint from the agency via electronic mail.  The United States Attorney's Office has not been served with a copy of the Summons and Complaint pursuant to Rule 4 (i)(1) of the Federal Rule of Civil Procedure.  Pursuant to 28 U.S.C. § 1446(a), a copy of the documents received are attached as Exhibit A.   An answer or other response in the action is due on December 5, 2014 in Sonoma Superior Court in Santa Rosa, California.

4.  Defendant Mendocino Coast Clinics is a federally-supported health center and under the Federally Supported Health Centers Assistance Act ("FSHCAA") was deemed by the Department of Health and Human Services to be an "employee" of the Public Health Service during the timeframe of the events giving rise to the complaint in this matter.  *See* 42 U.S.C.§ 233(g); Declaration of Meredith Torres attached hereto as Exhibit B.  Pursuant to the "FSHCAA," the Federal Tort Claims Act is the exclusive remedy for suits against a deemed federally supported health center.  *See* 28 U.S.C. §§ 1346(b), 2671 *et seq*.

NOTICE OF REMOVAL
Mary Doe v. Mark Douglas Kline, M.D., et. al.

5. Dr. Mark Kline has not yet been deemed to be a Public Health Service employee under 42 U.S.C. § 233(g) for purposes of this litigation. *See* Exhibit B.

6. Removal of this action to the United States District Court is made pursuant to 28 U.S.C. §§ 1441(a) and 1441(c) because plaintiff seeks monetary damages from the Unites States of America. Original and exclusive jurisdiction lies in a federal forum under 28 U.S.C. §1331 (civil actions arising under the Constitution, laws or treaties of the United States), and the Federal Torts Claim Act, 28 U.S.C. §§ 1346, 2671, *et seq*.

7. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court. This filing will automatically effect removal of the action in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Date: December 4, 2014

Respectfully Submitted,

MELINDA HAAG
United States Attorney

By: _____/s/_____
ROBIN M. WALL
Assistant United States Attorney
Attorney for the Mendocino Coast Clinics

NOTICE OF REMOVAL
Mary Doe v. Mark Douglas Kline, M.D., et. al.